IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA JENSEN, Personal Representative of the Estate of Tyler Crespi, Deceased;<br><br>    Plaintiff,<br><br> vs.<br><br>COUNTY OF YORK, a Nebraska political subdivision; DALE RADCLIFF, in his individual and official capacity; YORK GENERAL HEALTHCARE SERVICES, AND a Nebraska corporation; and DOES 1 - 10, in their individual and official capacities;<br><br>    Defendants. | 4:16CV3002<br><br>**SCHEDULING ORDER** |

IT IS ORDERED:

1) The parties shall confer and, on or before **May 9, 2016**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **May 2, 2016** a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 11th day of April, 2016

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge