IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA JENSEN, Personal Representative of the Estate of Tyler Crespi, Deceased;<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF YORK, a Nebraska political subdivision; DALE RADCLIFF, in his individual and official capacity; YORK GENERAL HEALTHCARE SERVICES, AND a Nebraska corporation; and DOES 1 - 10, in their individual and official capacities;<br><br>        Defendants. | 4:16CV3002<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties shall serve their mandatory disclosures on or before June 20, 2016.

2) A telephonic conference with the undersigned magistrate judge will be held on July 16, 2016 at 1:00 p.m. to discuss: 1) the discovery necessary to raise or respond to the anticipated motions to dismiss based on immunity defenses, and 2) a progression schedule for that initial stage of this litigation. The parties shall use the conference instructions assigned to this case, (see Filing No. 20), to participate in the call.

Dated this 20th day of May, 2016

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge