IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA JENSEN, Personal Representative of the Estate of TYLER CRESPI, Deceased, | ) ) ) ) | Case No. 4:16cv3002 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| COUNTY OF YORK, a Nebraska political subdivision; et. al., | ) ) ) | |
| Defendants. | ) | |

This matter comes before the Court upon the stipulation of the parties filed on July 22, 2016, at Doc. 27. The provisions of the stipulation are adopted, and, therefore,

IT IS ORDERED:

1) Plaintiff will amend her Complaint to identify "Does 1-10," if necessary, by August 15, 2016;

2) The telephonic conference ordered at Doc. 21 is continued. On or before August 29, 2016, the parties will contact the Court to arrange a date to reschedule this conference, or otherwise file a stipulation as to the matters necessary to enable the Court to discuss: 1) the discovery necessary to raise or respond to anticipated motions to dismiss based on immunity defenses, and 2) a progression schedule for that initial stage of this litigation.

3) If the parties are able to agree to the topics in paragraph (2), a further stipulation may be filed in lieu of a request for scheduling conference.

July 22, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge