IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA JENSEN, Personal Representative of the Estate of Tyler Crespi, Deceased;<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF YORK, a Nebraska political subdivision; et. al;<br><br>　　　　　　　Defendants. | 4:16CV3002<br><br>**ORDER** |

　　　　IT IS ORDERED that the parties' stipulation, (Filing No. 30), is approved, and the initial progression schedule is as follows:

　　　　1)　　Plaintiff's Motion to Identify Does, (Filing No. 29), is granted. Plaintiff's amended complaint, drafted and circulated in advance in accordance with the terms of the parties' stipulation, (Filing No. 30, ¶ 1), shall be filed on or before September 13, 2016.

　　　　2)　　Written Discovery:

　　　　　　a.　　<u>Initial</u>: The deadline for serving initial written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 30, 2016, with any motions to compel such discovery filed by December 14, 2016.

　　　　　　b.　　<u>Post-deposition</u>: In addition to initial written discovery, all parties may, if necessary, serve one set of written discovery requests after the deposition deadline and no later than March 14, 2017, such discovery limited in scope to following up on any new information gained in deposition(s). Motions to compel any post-deposition written discovery shall be filed on or before May 1, 2017.

　　　　　　**Note:**　Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline is February 28, 2017.

4) A telephonic conference with the undersigned magistrate judge will be held on March 2, 2017 at 10:00 a.m. to discuss the status of case progression. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 20), to participate in the call.

5) The deadline for filing motions to dismiss and motions for summary judgment related to immunity defenses is May 15, 2017.[1]

August 30, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.