IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA JENSEN, Personal Representative of the Estate of Tyler Crespi, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF YORK, a Nebraska political subdivision, DALE RADCLIFF, in his individual and official capacity, YORK GENERAL HEALTHCARE SERVICES, a Nebraska corporation, and DOES 1 - 10, in their individual and official capacities,<br><br>    Defendants. | 4:16CV3002<br><br><br><br>ORDER |

  IT IS ORDERED that the Joint Stipulation filed by Plaintiff and Defendants County of York, Nebraska, and Dale Radcliff in both his individual and official capacities (Filing No. 36), treated as a motion, is granted pursuant to Federal Rule of Civil Procedure 41(a), and all claims alleged against said Defendants are dismissed with prejudice, with each party to bear their own attorneys' fees and costs. This action will proceed against the remaining Defendants.

  DATED this 5th day of December, 2016.

                BY THE COURT:

                S/ *Richard G. Kopf*
                Senior United States District Judge